**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terry Lee ROSEBORO, Defendant—
Appellant.**

No. 05–6737.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

§ 636(c)(1) (2000).

Terry Lee Roseboro, Appellant pro se.
Kasey Warner, United States Attorney,
Charleston, West Virginia, for Appellee.

Before WIDENER, WILLIAMS, and
MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Terry Lee Roseboro seeks to appeal the
district court's order referring his 28
U.S.C. § 2241 (2000) petition back to the
magistrate judge for further proceedings
in light of Roseboro's recently filed mo-
tions. This court may exercise jurisdiction
only over final orders, 28 U.S.C. § 1291
(2000), and certain interlocutory and collat-
eral orders. 28 U.S.C. § 1292 (2000);
Fed.R.Civ.P. 54(b); *Cohen v. Beneficial
Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct.
1221, 93 L.Ed. 1528 (1949). The order
Roseboro seeks to appeal is neither a final
order nor an appealable interlocutory or
collateral order. Accordingly, we deny
leave to proceed in forma pauperis and
dismiss the appeal for lack of jurisdiction.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*